M. P. No. 78-251. DONALD BLAKENSHIP *et al. v.* NORMAN MILLER *et al.* The petition for writ of certiorari is denied. Mr. Justice Doris did not participate. *Andrew M. Cagen*, for plaintiffs-respondents. *Hanson, Curran & Parks, David P. Whitman*, for defendants-petitioners.

M. P. No. 78-350. CITY OF WOONSOCKET *v.* DONALD BRUNELLE *et al.* The petition for writ of certiorari is denied. Mr. Justice Doris did not participate. *Gerald M. Brenner, Aram P. Jarret, Jr.*, Assistants City Solicitor, for petitioner. *Paul P. Baillargeon, Inc.*, for respondent.

M. P. 78-362. ARTHUR L. DUFFY, JR. *v.* EUGENE P. PETIT, JR., *Registrar of Motor Vehicles.* The petition for writ of certiorari is denied. Mr. Justice Doris did not participate. *Martin Malinou*, for petitioner. *Stephen F. Mullen*, Office of Special Counsel, Department of Transportation, for respondent.

M. P. 78-363. TOWN OF NARRAGANSETT *v.* GEOFFREY R. DAVIS. The petition for writ of certiorari is denied. Mr. Justice Doris did not participate. *John J. Vallone, Jr.*, for plaintiff-respondent. *Lawrence L. Goldberg, Robert D. Goldberg*, for defendant-petitioner.

M. P. 78-364. GEORGE B. BRUSH *et al. v.* ALBERT B. WEST *et al.* The petition for writ of certiorari is denied. Mr. Justice Doris did not participate. *Leo T. Connors, Thomas F. Connors*, for plaintiffs-respondents. *Dennis J. Roberts II*, Attorney General, *Adler, Pollock & Sheehan Incorporated, Richard W. MacAdams*, for defendants-petitioners.